CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | : |
| Plaintiff, | : Civil Action No. 12-cv-05142-SRC-CLW |
| v. | : |
| U.S. CHEEMA, INC., a Texas Corporation; and INDERJIT CHEEMA, an individual, | : **FINAL JUDGMENT BY DEFAULT** |
| Defendants. | : |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, U.S. Cheema, Inc. and Inderjit Cheema (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on August 14, 2012, seeking damages as a result of the breach of a franchise agreement between RWI and U.S. Cheema, Inc., and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in Houston, Texas on September 3, 2012; and it appearing that default was duly noted by the Clerk of the Court against Defendants on September 26, 2012 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __14__ day of __Nov__, 2012,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $424,121.39, comprised of the following:

a) $222,896.50 for liquidated damages (principal plus prejudgment interest);

b) $194,491.80 for Recurring Fees (principal plus prejudgment interest); and

c) $6,733.09 for attorneys' fees and costs.

_____
STANLEY R. CHESLER, U.S.D.J.